# EXHIBIT 2

EXHIBIT 2
23

**David Grigsby**
**Transactions in BofI Holding, Inc. (BOFI) Common Stock**
**Class Period: April 28, 2016 and March 30, 2017, inclusive**

| | | |
|---|---|---|
| **Gross Shares Purchased** | | 70,000 |
| **Net Shares Retained** | | 18,000 |
| **Net Funds Expended** | $ | 548,832.93 |
| **Losses*** | $ | 94,049.42 |

| Date of Transaction | Buy (B) or Sell (S) | Quantity | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|
| 3/8/2017 | B | 600 | 29.4200 | 17,652.00 |
| 3/8/2017 | B | 100 | 29.4300 | 2,943.00 |
| 3/8/2017 | B | 100 | 29.4300 | 2,943.00 |
| 3/8/2017 | B | 100 | 29.4300 | 2,943.00 |
| 3/8/2017 | B | 100 | 29.4300 | 2,943.00 |
| 3/8/2017 | B | 100 | 29.4300 | 2,943.00 |
| 3/8/2017 | B | 1 | 29.4300 | 29.43 |
| 3/8/2017 | B | 100 | 29.4500 | 2,945.00 |
| 3/8/2017 | B | 100 | 29.4500 | 2,945.00 |
| 3/8/2017 | B | 100 | 29.4500 | 2,945.00 |
| 3/8/2017 | B | 300 | 29.4700 | 8,841.00 |
| 3/8/2017 | B | 100 | 29.4700 | 2,947.00 |
| 3/8/2017 | B | 1 | 29.4700 | 29.47 |
| 3/8/2017 | B | 100 | 29.4800 | 2,948.00 |
| 3/8/2017 | B | 100 | 29.4800 | 2,948.00 |
| 3/8/2017 | B | 200 | 29.4450 | 5,889.00 |
| 3/8/2017 | B | 100 | 29.4500 | 2,945.00 |
| 3/8/2017 | B | 100 | 29.4700 | 2,947.00 |
| 3/8/2017 | B | 100 | 29.4700 | 2,947.00 |
| 3/8/2017 | B | 100 | 29.4800 | 2,948.00 |
| 3/8/2017 | B | 100 | 29.5100 | 2,951.00 |
| 3/8/2017 | B | 100 | 29.5100 | 2,951.00 |
| 3/8/2017 | B | 100 | 29.5200 | 2,952.00 |
| 3/8/2017 | B | 100 | 29.5200 | 2,952.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5100 | 2,951.00 |
| 3/8/2017 | B | 100 | 29.5200 | 2,952.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5200 | 2,952.00 |
| 3/8/2017 | B | 100 | 29.5200 | 2,952.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5200 | 2,952.00 |
| 3/8/2017 | B | 100 | 29.5400 | 2,954.00 |
| 3/8/2017 | B | 100 | 29.5100 | 2,951.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 100 | 29.5300 | 2,953.00 |
| 3/8/2017 | B | 1 | 29.5400 | 29.54 |
| 3/8/2017 | B | 100 | 29.5400 | 2,954.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 100 | 29.5400 | 2,954.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 1 | 29.5500 | 29.55 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5800 | 2,958.00 |
| 3/8/2017 | B | 1 | 29.5800 | 29.58 |
| 3/8/2017 | B | 100 | 29.5800 | 2,958.00 |
| 3/8/2017 | B | 100 | 29.5900 | 2,959.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 100 | 29.5900 | 2,959.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |

EXHIBIT 2

24

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5700 | 2,957.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5700 | 2,957.00 |
| 3/8/2017 | B | 100 | 29.5700 | 2,957.00 |
| 3/8/2017 | B | 100 | 29.5800 | 2,958.00 |
| 3/8/2017 | B | 100 | 29.5400 | 2,954.00 |
| 3/8/2017 | B | 100 | 29.5500 | 2,955.00 |
| 3/8/2017 | B | 3 | 29.5600 | 88.68 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5700 | 2,957.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5600 | 2,956.00 |
| 3/8/2017 | B | 100 | 29.5700 | 2,957.00 |
| 3/8/2017 | B | 100 | 29.5900 | 2,959.00 |
| 3/8/2017 | B | 100 | 29.5900 | 2,959.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 100 | 29.5900 | 2,959.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 100 | 29.6000 | 2,960.00 |
| 3/8/2017 | B | 300 | 29.6100 | 8,883.00 |
| 3/8/2017 | B | 900 | 29.6100 | 26,649.00 |
| 3/8/2017 | B | 400 | 29.6100 | 11,844.00 |
| 3/8/2017 | B | 100 | 29.6100 | 2,961.00 |
| 3/8/2017 | B | 100 | 29.6100 | 2,961.00 |
| 3/8/2017 | B | 60 | 29.6100 | 1,776.60 |
| 3/8/2017 | B | 100 | 29.6200 | 2,962.00 |
| 3/8/2017 | B | 100 | 29.6200 | 2,962.00 |
| 3/8/2017 | B | 100 | 29.6200 | 2,962.00 |
| 3/8/2017 | B | 40 | 29.6100 | 1,184.40 |
| 3/8/2017 | B | 1 | 29.6200 | 29.62 |
| 3/8/2017 | B | 100 | 29.6400 | 2,964.00 |
| 3/8/2017 | B | 100 | 29.6400 | 2,964.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6200 | 2,962.00 |
| 3/8/2017 | B | 100 | 29.6300 | 2,963.00 |
| 3/8/2017 | B | 100 | 29.6200 | 2,962.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 1000 | 29.6600 | 29,660.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 1 | 29.6600 | 29.66 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 200 | 29.6600 | 5,932.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 200 | 29.6500 | 5,930.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 1000 | 29.6600 | 29,660.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 1 | 29.6600 | 29.66 |
| 3/8/2017 | B | 100 | 29.6800 | 2,968.00 |

EXHIBIT 2
25

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | B | 100 | 29.6700 | 2,967.00 |
| 3/8/2017 | B | 1 | 29.6600 | 29.66 |
| 3/8/2017 | B | 100 | 29.6800 | 2,968.00 |
| 3/8/2017 | B | 100 | 29.6900 | 2,969.00 |
| 3/8/2017 | B | 100 | 29.6900 | 2,969.00 |
| 3/8/2017 | B | 200 | 29.6900 | 5,938.00 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 1 | 29.7100 | 29.71 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 1 | 29.7400 | 29.74 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 86 | 29.7200 | 2,555.92 |
| 3/8/2017 | B | 1200 | 29.6300 | 35,556.00 |
| 3/8/2017 | B | 300 | 29.6350 | 8,890.50 |
| 3/8/2017 | B | 100 | 29.6400 | 2,964.00 |
| 3/8/2017 | B | 99 | 29.6400 | 2,934.36 |
| 3/8/2017 | B | 200 | 29.6365 | 5,927.30 |
| 3/8/2017 | B | 1800 | 29.6365 | 53,345.70 |
| 3/8/2017 | B | 1 | 29.6300 | 29.63 |
| 3/8/2017 | B | 2000 | 29.6558 | 59,311.60 |
| 3/8/2017 | B | 100 | 29.6700 | 2,967.00 |
| 3/8/2017 | B | 200 | 29.6600 | 5,932.00 |
| 3/8/2017 | B | 300 | 29.6600 | 8,898.00 |
| 3/8/2017 | B | 100 | 29.6500 | 2,965.00 |
| 3/8/2017 | B | 100 | 29.6900 | 2,969.00 |
| 3/8/2017 | B | 100 | 29.6800 | 2,968.00 |
| 3/8/2017 | B | 100 | 29.6800 | 2,968.00 |
| 3/8/2017 | B | 100 | 29.7000 | 2,970.00 |
| 3/8/2017 | B | 1 | 29.6800 | 29.68 |
| 3/8/2017 | B | 100 | 29.7000 | 2,970.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.6600 | 2,966.00 |
| 3/8/2017 | B | 100 | 29.7000 | 2,970.00 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 3 | 29.7400 | 89.22 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 109 | 29.7300 | 3,240.57 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7600 | 2,976.00 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7600 | 2,976.00 |
| 3/8/2017 | B | 1 | 29.7600 | 29.76 |
| 3/8/2017 | B | 100 | 29.7600 | 2,976.00 |
| 3/8/2017 | B | 300 | 29.6900 | 8,907.00 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 300 | 29.6800 | 8,904.00 |
| 3/8/2017 | B | 65 | 29.7100 | 1,931.15 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 400 | 29.7400 | 11,896.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |

EXHIBIT 2

26

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 200 | 29.7400 | 5,948.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 300 | 29.7400 | 8,922.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 300 | 29.7400 | 8,922.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 300 | 29.7400 | 8,922.00 |
| 3/8/2017 | B | 200 | 29.7400 | 5,948.00 |
| 3/8/2017 | B | 200 | 29.7400 | 5,948.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7100 | 2,971.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 1 | 29.7400 | 29.74 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7700 | 2,977.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7700 | 2,977.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 1 | 29.7700 | 29.77 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 1 | 29.7700 | 29.77 |
| 3/8/2017 | B | 100 | 29.7700 | 2,977.00 |
| 3/8/2017 | B | 300 | 29.7300 | 8,919.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 1 | 29.7600 | 29.76 |
| 3/8/2017 | B | 100 | 29.7600 | 2,976.00 |
| 3/8/2017 | B | 100 | 29.7800 | 2,978.00 |
| 3/8/2017 | B | 100 | 29.7700 | 2,977.00 |
| 3/8/2017 | B | 100 | 29.7800 | 2,978.00 |
| 3/8/2017 | B | 100 | 29.7700 | 2,977.00 |
| 3/8/2017 | B | 100 | 29.7700 | 2,977.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.7800 | 2,978.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 1 | 29.8000 | 29.80 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 1000 | 29.8200 | 29,820.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 300 | 29.8100 | 8,943.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 1 | 29.8100 | 29.81 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 15 | 29.8100 | 447.15 |
| 3/8/2017 | B | 100 | 29.7950 | 2,979.50 |
| 3/8/2017 | B | 1000 | 29.8000 | 29,800.00 |
| 3/8/2017 | B | 1000 | 29.7950 | 29,795.00 |
| 3/8/2017 | B | 1000 | 29.7950 | 29,795.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 4 | 29.8100 | 119.24 |
| 3/8/2017 | B | 1 | 29.8000 | 29.80 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |

EXHIBIT 2

27

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | B | 100 | 29.7800 | 2,978.00 |
| 3/8/2017 | B | 1000 | 29.7800 | 29,780.00 |
| 3/8/2017 | B | 100 | 29.7950 | 2,979.50 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 1 | 29.8200 | 29.82 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 200 | 29.8200 | 5,964.00 |
| 3/8/2017 | B | 1 | 29.8100 | 29.81 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 1 | 29.8300 | 29.83 |
| 3/8/2017 | B | 200 | 29.8400 | 5,968.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 800 | 29.8500 | 23,880.00 |
| 3/8/2017 | B | 1080 | 29.8500 | 32,238.00 |
| 3/8/2017 | B | 100 | 29.8500 | 2,985.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 2000 | 29.8500 | 59,700.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 720 | 29.8500 | 21,492.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 1,300 | 29.8400 | 38,792.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 1,500 | 29.8400 | 44,760.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 600 | 29.8400 | 17,904.00 |
| 3/8/2017 | B | 300 | 29.8400 | 8,952.00 |
| 3/8/2017 | B | 100 | 29.8600 | 2,986.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 1 | 29.8600 | 29.86 |
| 3/8/2017 | B | 1 | 29.8600 | 29.86 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 100 | 29.8800 | 2,988.00 |
| 3/8/2017 | B | 90 | 29.8800 | 2,689.20 |
| 3/8/2017 | B | 1100 | 29.8550 | 32,840.50 |
| 3/8/2017 | B | 100 | 29.8550 | 2,985.50 |
| 3/8/2017 | B | 100 | 29.8600 | 2,986.00 |
| 3/8/2017 | B | 300 | 29.8100 | 8,943.00 |
| 3/8/2017 | B | 4 | 29.8700 | 119.48 |
| 3/8/2017 | B | 800 | 29.8600 | 23,888.00 |
| 3/8/2017 | B | 100 | 29.8600 | 2,986.00 |
| 3/8/2017 | B | 100 | 29.8500 | 2,985.00 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7300 | 2,973.00 |
| 3/8/2017 | B | 100 | 29.7200 | 2,972.00 |

EXHIBIT 2

28

| 3/8/2017 | B | 1 | 29.7400 | 29.74 |
|---|---|---|---|---|
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7400 | 2,974.00 |
| 3/8/2017 | B | 100 | 29.7500 | 2,975.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.7800 | 2,978.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.7900 | 2,979.00 |
| 3/8/2017 | B | 100 | 29.8100 | 2,981.00 |
| 3/8/2017 | B | 100 | 29.8000 | 2,980.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8200 | 2,982.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 100 | 29.8300 | 2,983.00 |
| 3/8/2017 | B | 100 | 29.8400 | 2,984.00 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 100 | 29.8700 | 2,987.00 |
| 3/8/2017 | B | 100 | 29.8900 | 2,989.00 |
| 3/8/2017 | B | 100 | 29.9000 | 2,990.00 |
| 3/8/2017 | B | 10 | 29.8800 | 298.80 |
| 3/8/2017 | B | 100 | 29.9000 | 2,990.00 |
| 3/8/2017 | B | 100 | 29.9000 | 2,990.00 |
| 3/8/2017 | B | 900 | 29.9000 | 26,910.00 |
| 3/8/2017 | B | 100 | 29.8900 | 2,989.00 |
| 3/8/2017 | B | 94 | 29.9000 | 2,810.60 |
| 3/8/2017 | B | 100 | 29.8900 | 2,989.00 |
| 3/8/2017 | B | 100 | 29.8900 | 2,989.00 |
| 3/8/2017 | B | 900 | 29.9000 | 26,910.00 |
| 3/8/2017 | B | 1,000 | 29.9000 | 29,900.00 |
| 3/8/2017 | B | 1,000 | 29.9000 | 29,900.00 |
| 3/8/2017 | B | 1 | 29.9000 | 29.90 |
| 3/8/2017 | B | 100 | 29.9000 | 2,990.00 |
| 3/8/2017 | B | 100 | 29.8800 | 2,988.00 |
| 3/8/2017 | B | 100 | 29.9100 | 2,991.00 |
| 3/8/2017 | B | 100 | 29.9100 | 2,991.00 |
| 3/8/2017 | B | 100 | 29.9300 | 2,993.00 |
| 3/8/2017 | B | 100 | 29.9200 | 2,992.00 |
| 3/8/2017 | B | 100 | 29.9500 | 2,995.00 |
| 3/8/2017 | B | 100 | 29.9400 | 2,994.00 |
| 3/8/2017 | B | 800 | 29.9600 | 23,968.00 |
| 3/8/2017 | B | 100 | 29.9700 | 2,997.00 |
| 3/8/2017 | B | 900 | 29.9800 | 26,982.00 |
| 3/8/2017 | B | 95 | 29.9400 | 2,844.30 |
| 3/8/2017 | B | 100 | 29.9500 | 2,995.00 |
| 3/8/2017 | B | 100 | 29.9600 | 2,996.00 |
| 3/8/2017 | B | 100 | 29.9400 | 2,994.00 |
| 3/8/2017 | B | 5 | 29.9600 | 149.80 |
| 3/8/2017 | B | 100 | 29.9400 | 2,994.00 |
| 3/8/2017 | B | 100 | 29.9300 | 2,993.00 |
| 3/8/2017 | B | 100 | 29.9500 | 2,995.00 |
| 3/8/2017 | B | 100 | 29.9400 | 2,994.00 |
| 3/8/2017 | B | 100 | 29.9500 | 2,995.00 |
| 3/8/2017 | B | 100 | 29.9600 | 2,996.00 |
| 3/8/2017 | B | 100 | 29.9700 | 2,997.00 |
| 3/8/2017 | B | 100 | 29.9900 | 2,999.00 |
| 3/8/2017 | B | 100 | 29.9900 | 2,999.00 |
| 3/8/2017 | B | 200 | 30.0000 | 6,000.00 |
| 3/8/2017 | B | 100 | 30.0000 | 3,000.00 |
| 3/8/2017 | B | 250 | 30.0000 | 7,500.00 |
| 3/8/2017 | B | 68 | 30.0000 | 2,040.00 |
| 3/8/2017 | B | 100 | 30.0000 | 3,000.00 |
| 3/8/2017 | B | 100 | 30.0000 | 3,000.00 |
| 3/8/2017 | B | 100 | 30.0100 | 3,001.00 |
| 3/8/2017 | B | 100 | 30.0300 | 3,003.00 |
| 3/8/2017 | B | 100 | 30.0000 | 3,000.00 |
| 3/8/2017 | B | 100 | 30.0100 | 3,001.00 |
| 3/8/2017 | B | 100 | 30.0100 | 3,001.00 |

EXHIBIT 2

29

| 3/8/2017 | B | 100 | 30.0300 | 3,003.00 |
|----------|---|-----|---------|----------|
| 3/8/2017 | B | 100 | 30.0300 | 3,003.00 |
| 3/8/2017 | B | 100 | 30.0300 | 3,003.00 |
| 3/8/2017 | B | 100 | 30.0400 | 3,004.00 |
| 3/8/2017 | B | 100 | 30.0400 | 3,004.00 |
| 3/8/2017 | B | 100 | 30.0400 | 3,004.00 |
| 3/8/2017 | B | 1 | 30.0400 | 30.04 |
| 3/8/2017 | B | 18 | 30.0400 | 540.72 |
| 3/8/2017 | B | 100 | 30.0400 | 3,004.00 |
| 3/8/2017 | B | 100 | 30.0500 | 3,005.00 |
| 3/8/2017 | B | 100 | 30.0300 | 3,003.00 |
| 3/8/2017 | B | 100 | 30.0500 | 3,005.00 |
| 3/8/2017 | B | 100 | 30.0600 | 3,006.00 |
| 3/8/2017 | B | 100 | 30.0400 | 3,004.00 |
| 3/8/2017 | B | 200 | 30.0400 | 6,008.00 |
| 3/8/2017 | B | 100 | 30.0700 | 3,007.00 |
| 3/8/2017 | B | 100 | 30.0600 | 3,006.00 |
| 3/8/2017 | B | 100 | 30.0800 | 3,008.00 |
| 3/8/2017 | B | 100 | 30.0800 | 3,008.00 |
| 3/8/2017 | B | 100 | 30.1000 | 3,010.00 |
| 3/8/2017 | B | 53 | 30.1000 | 1,595.30 |
| 3/8/2017 | B | 100 | 30.1000 | 3,010.00 |
| 3/8/2017 | S | (600) | 29.7400 | (17,844.00) |
| 3/8/2017 | S | (1,200) | 29.7400 | (35,688.00) |
| 3/8/2017 | S | (200) | 29.7360 | (5,947.20) |
| 3/8/2017 | S | (700) | 29.7342 | (20,813.94) |
| 3/8/2017 | S | (1,300) | 29.7342 | (38,654.46) |
| 3/8/2017 | S | (100) | 29.7300 | (2,973.00) |
| 3/8/2017 | S | (800) | 29.6728 | (23,738.24) |
| 3/8/2017 | S | (400) | 29.6728 | (11,869.12) |
| 3/8/2017 | S | (100) | 29.6700 | (2,967.00) |
| 3/8/2017 | S | (100) | 29.6400 | (2,964.00) |
| 3/8/2017 | S | (100) | 29.6300 | (2,963.00) |
| 3/8/2017 | S | (100) | 29.6300 | (2,963.00) |
| 3/8/2017 | S | (100) | 29.6200 | (2,962.00) |
| 3/8/2017 | S | (400) | 29.6300 | (11,852.00) |
| 3/8/2017 | S | (600) | 29.6300 | (17,778.00) |
| 3/8/2017 | S | (100) | 29.6300 | (2,963.00) |
| 3/8/2017 | S | (100) | 29.6300 | (2,963.00) |
| 3/8/2017 | S | (1,000) | 29.6200 | (29,620.00) |
| 3/8/2017 | S | (100) | 29.6200 | (2,962.00) |
| 3/8/2017 | S | (100) | 29.6100 | (2,961.00) |
| 3/8/2017 | S | (100) | 29.6100 | (2,961.00) |
| 3/8/2017 | S | (1,000) | 29.6000 | (29,600.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (2,000) | 29.5900 | (59,180.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (900) | 29.5900 | (26,631.00) |
| 3/8/2017 | S | (100) | 29.5900 | (2,959.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (100) | 29.5900 | (2,959.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (100) | 29.5900 | (2,959.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (100) | 29.6000 | (2,960.00) |
| 3/8/2017 | S | (100) | 29.5900 | (2,959.00) |
| 3/8/2017 | S | (1,000) | 29.5900 | (29,590.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (400) | 29.5600 | (11,824.00) |
| 3/8/2017 | S | (100) | 29.5800 | (2,958.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |

EXHIBIT 2
30

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | S | (500) | 29.5600 | (14,780.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (400) | 29.5600 | (11,824.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (200) | 29.5700 | (5,914.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5500 | (2,955.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5500 | (2,955.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5500 | (2,955.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5700 | (2,957.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5600 | (2,956.00) |
| 3/8/2017 | S | (100) | 29.5400 | (2,954.00) |
| 3/8/2017 | S | (100) | 29.5500 | (2,955.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (600) | 29.5300 | (17,718.00) |
| 3/8/2017 | S | (100) | 29.5300 | (2,953.00) |
| 3/8/2017 | S | (100) | 29.5500 | (2,955.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5500 | (2,955.00) |
| 3/8/2017 | S | (200) | 29.5500 | (5,910.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5300 | (2,953.00) |
| 3/8/2017 | S | (300) | 29.5300 | (8,859.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5100 | (2,951.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.5300 | (2,953.00) |
| 3/8/2017 | S | (200) | 29.5200 | (5,904.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.5100 | (2,951.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.4900 | (2,949.00) |
| 3/8/2017 | S | (100) | 29.5300 | (2,953.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5300 | (2,953.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (300) | 29.5200 | (8,856.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.5200 | (2,952.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.5100 | (2,951.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (100) | 29.5100 | (2,951.00) |
| 3/8/2017 | S | (100) | 29.4900 | (2,949.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (1,000) | 29.4900 | (29,490.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (200) | 29.4800 | (5,896.00) |

EXHIBIT 2
31

| 3/8/2017 | S | (100) | 29.4900 | (2,949.00) |
|----------|---|-------|---------|------------|
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (1,000) | 29.4700 | (29,470.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4500 | (2,945.00) |
| 3/8/2017 | S | (200) | 29.4700 | (5,894.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (200) | 29.4600 | (5,892.00) |
| 3/8/2017 | S | (100) | 29.5000 | (2,950.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4500 | (2,945.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (1,700) | 29.4500 | (50,065.00) |
| 3/8/2017 | S | (100) | 29.5100 | (2,951.00) |
| 3/8/2017 | S | (100) | 29.4800 | (2,948.00) |
| 3/8/2017 | S | (100) | 29.4500 | (2,945.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (1,000) | 29.4600 | (29,460.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (200) | 29.4600 | (5,892.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4400 | (2,944.00) |
| 3/8/2017 | S | (100) | 29.4500 | (2,945.00) |
| 3/8/2017 | S | (100) | 29.4400 | (2,944.00) |
| 3/8/2017 | S | (100) | 29.4500 | (2,945.00) |
| 3/8/2017 | S | (200) | 29.4400 | (5,888.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (200) | 29.4200 | (5,884.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (300) | 29.4000 | (8,820.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (2,000) | 29.4100 | (58,820.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (900) | 29.4100 | (26,469.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4400 | (2,944.00) |
| 3/8/2017 | S | (200) | 29.4100 | (5,882.00) |
| 3/8/2017 | S | (100) | 29.4400 | (2,944.00) |
| 3/8/2017 | S | (200) | 29.4200 | (5,884.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |

EXHIBIT 2

32

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (200) | 29.4200 | (5,884.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4400 | (2,944.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (200) | 29.4100 | (5,882.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (200) | 29.4000 | (5,880.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (200) | 29.3900 | (5,878.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.4400 | (2,944.00) |
| 3/8/2017 | S | (200) | 29.4200 | (5,884.00) |
| 3/8/2017 | S | (57) | 29.4800 | (1,680.36) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (200) | 29.4000 | (5,880.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (200) | 29.4000 | (5,880.00) |
| 3/8/2017 | S | (200) | 29.3900 | (5,878.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (300) | 29.4000 | (8,820.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (300) | 29.3900 | (8,817.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (200) | 29.3700 | (5,874.00) |
| 3/8/2017 | S | (100) | 29.3600 | (2,936.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (200) | 29.3600 | (5,872.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3600 | (2,936.00) |
| 3/8/2017 | S | (100) | 29.3600 | (2,936.00) |
| 3/8/2017 | S | (100) | 29.3500 | (2,935.00) |

EXHIBIT 2

33

| | | | | |
|---|---|---|---|---|
| 3/8/2017 | S | (100) | 29.3500 | (2,935.00) |
| 3/8/2017 | S | (100) | 29.3500 | (2,935.00) |
| 3/8/2017 | S | (100) | 29.3500 | (2,935.00) |
| 3/8/2017 | S | (100) | 29.3500 | (2,935.00) |
| 3/8/2017 | S | (100) | 29.4600 | (2,946.00) |
| 3/8/2017 | S | (100) | 29.4700 | (2,947.00) |
| 3/8/2017 | S | (100) | 29.4300 | (2,943.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4100 | (2,941.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.4200 | (2,942.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (800) | 29.3800 | (23,504.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (200) | 29.3700 | (5,874.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3700 | (2,937.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.4000 | (2,940.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (600) | 29.3800 | (17,628.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3800 | (2,938.00) |
| 3/8/2017 | S | (100) | 29.3900 | (2,939.00) |
| 3/8/2017 | S | (43) | 29.3800 | (1,263.34) |
| 5/19/2017 | S | (100) | 22.3800 | (2,440.51) ** |
| 5/19/2017 | S | (900) | 22.3802 | (21,964.63) ** |
| 5/19/2017 | S | (300) | 22.3900 | (7,321.54) ** |
| 5/19/2017 | S | (2,100) | 22.3900 | (51,250.80) ** |
| 5/19/2017 | S | (100) | 22.3800 | (2,440.51) ** |
| 5/19/2017 | S | (200) | 22.3800 | (4,881.03) ** |
| 5/19/2017 | S | (100) | 22.3800 | (2,440.51) ** |
| 5/19/2017 | S | (100) | 22.3950 | (2,440.51) ** |
| 5/19/2017 | S | (300) | 22.3900 | (7,321.54) ** |
| 5/19/2017 | S | (100) | 22.3950 | (2,440.51) ** |
| 5/19/2017 | S | (618) | 22.3950 | (15,082.38) ** |
| 5/19/2017 | S | (100) | 22.3900 | (2,440.51) ** |
| 5/19/2017 | S | (200) | 22.3814 | (4,881.03) ** |
| 5/19/2017 | S | (100) | 22.3900 | (2,440.51) ** |
| 5/19/2017 | S | (100) | 22.3900 | (2,440.51) ** |
| 5/19/2017 | S | (100) | 22.3900 | (2,440.51) ** |
| 5/19/2017 | S | (100) | 22.3800 | (2,440.51) ** |
| 5/19/2017 | S | (3,382) | 22.3950 | (82,538.19) ** |
| 5/23/2017 | S | (1,100) | 22.8905 | (26,758.54) ** |
| 5/23/2017 | S | (100) | 22.8900 | (2,432.59) ** |
| 5/23/2017 | S | (200) | 22.8950 | (4,865.19) ** |
| 5/23/2017 | S | (4) | 22.8900 | (97.30) ** |
| 5/23/2017 | S | (14) | 22.8900 | (340.56) ** |
| 5/23/2017 | S | (400) | 22.8935 | (9,730.38) ** |
| 5/23/2017 | S | (100) | 22.8900 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8800 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8800 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8700 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8700 | (2,432.59) ** |
| 5/23/2017 | S | (1,000) | 22.8703 | (24,325.95) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (200) | 22.8300 | (4,865.19) ** |
| 5/23/2017 | S | (100) | 22.8300 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8500 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |

EXHIBIT 2

34

| 5/23/2017 | S | (500) | 22.8400 | (12,162.97) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (200) | 22.8500 | (4,865.19) ** |
| 5/23/2017 | S | (400) | 22.8500 | (9,730.38) ** |
| 5/23/2017 | S | (200) | 22.8500 | (4,865.19) ** |
| 5/23/2017 | S | (100) | 22.8500 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8500 | (2,432.59) ** |
| 5/23/2017 | S | (200) | 22.8500 | (4,865.19) ** |
| 5/23/2017 | S | (400) | 22.8600 | (9,730.38) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8600 | (2,432.59) ** |
| 5/23/2017 | S | (10) | 22.8600 | (243.26) ** |
| 5/23/2017 | S | (100) | 22.8300 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8300 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8500 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8500 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (100) | 22.8400 | (2,432.59) ** |
| 5/23/2017 | S | (72) | 22.8500 | (1,751.47) ** |
| 5/23/2017 | S | (100) | 22.8500 | (2,432.59) ** |

*"Losses" disregards any gains or losses on sales prior to an alleged corrective disclosure. Employing a LIFO accounting methodology that includes any losses or gains prior to a corrective disclosure, Mr. Grigsby losses equal $110,253.13.

**For sales after the Class Period, the "Cost/Proceeds" column reflects the greater of the price sold or the "mean trading price" per the limitation on damages pursuant to 15 U.S.C. §78u-4(e)

EXHIBIT 2

35