UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAR MANDALEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC., GREGORY GARRABRANTS, and ANDREW J. MICHELETTI,<br><br>Defendant. | Case No.: 3:17-cv-00667-GPC-KSC<br><br>**ORDER APPOINTING CLASS COUNSEL** |

On November 7, 2017, this Court entered an order appointing David Grigsby, Joseph Shepard, and David Siebert as Lead Plaintiffs in this action. (ECF No. 15.) Because the Court could not determine at that time whether it would be appropriate to appoint multiple class counsel, as Lead Plaintiffs' had requested, the Court ordered Lead Plaintiffs to file supplemental briefing that (1) permits the Court to determine whether the appointment of more than one firm as class counsel is appropriate, or (2) chooses one firm to serve as class counsel. (*Id.* at 9–10.) Lead Plaintiffs have filed a response to the Court's order indicating that they "select[] Pomerantz LLP as sole lead counsel for the putative class in this action." (ECF No. 16 at 2.) Accordingly, the Court **APPOINTS** Pomerantz LLP as the class counsel for the putative class in this action.

1     **IT IS SO ORDERED.**

3   Dated: November 9, 2017

                                             Hon. Gonzalo P. Curiel
                                             United States District Judge