Jeremy A. Lieberman (admitted *pro hac vice*)
jalieberman@pomlaw.com
Brenda Szydlo (admitted *pro hac vice*)
bszydlo@pomlaw.com
POMERANTZ LLP
600 Third Avenue, 20th Fl.
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044

Jennifer Pafiti (Cal. Bar No. 282790)
jpafiti@pomlaw.com
POMERANTZ LLP
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

*Counsel for Lead Plaintiffs Joseph Shepard and David Grigsby and the Proposed Class*
*Additional Counsel on last page*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAR MANDALEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOFI HOLDING, INC., GREGORY GARRABRANTS, ANDREW J. MICHELETTI, ESHEL BAR-ADON and PAUL J. GRINBERG,<br><br>Defendants. | Case No. 17-cv-00667-GPC-KSC<br><br>**NOTICE OF APPEAL**<br><br>Hon. Gonzalo P. Curiel<br>Courtroom 2D |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Notice is hereby given that Lead Plaintiffs Joseph Shepard and David Grigsby hereby appeal in the above-captioned case to the United States Court of Appeals for the Ninth Circuit, from the Judgment entered in this action on December 7, 2018 (Dkt. No. 51); the order granting Defendants BofI Holding, Inc., Gregory Garrabrants, Andrew Micheletti, Paul Grinberg, and Eshel Bar-Adon's motion to dismiss with prejudice entered on December 7, 2018 (Dkt. No. 50); the order granting Defendants BofI Holding, Inc., Gregory Garrabrants, Andrew Micheletti, Paul Grinberg, and Eshel Bar-Adon's motion to dismiss entered on June 19, 2018 (Dkt. No. 37); and any preceding, related, or underlying orders, rulings, findings, and conclusions.

Dated:  January 3, 2019

**POMERANTZ LLP**

By:*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
E-mail: jalieberman@pomlaw.com
bszydlo@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (Cal. Bar No. 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: pdahlstrom@pomlaw.com

*Attorneys for Lead Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 3, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Jeremy A. Lieberman*
                                               Jeremy A. Lieberman