# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAR MANDALEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC., GREGORY GARRABRANTS, ANDREW J. MICHELETTI, ESHEL BAR-ADON and PAUL J. GRINBERG,<br><br>Defendant. | Case No.: 17-cv-667-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE ALL DEADLINES DUE TO SETTLEMENT**<br><br>[ECF No. 84] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Before the Court is the parties' Joint Motion to Continue All Deadlines Due to Settlement.  ECF No. 84.  GOOD CAUSE appearing, the Court hereby ORDERS that:

1. All deadlines in this Action are stayed;

2. Lead Plaintiff's motion for preliminary approval of settlement and establishing notice procedures shall be filed on or before January 31, 2022.

**IT IS SO ORDERED.**

Dated:  November 24, 2021

Hon. Gonzalo P. Curiel
United States District Judge