**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016-1917
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAR MANDALEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOFI HOLDING, INC., GREGORY GARRABRANTS, ANDREW J. MICHELETTI, ESHEL BAR-ADON and PAUL J. GRINBERG,<br><br>Defendants. | No. 3:17-cv-00667-GPC-KSC<br><br>**NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** |

PLEASE TAKE NOTICE that Lead Plaintiff David Grigsby ("Lead Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Judge Gonzalo P. Curiel, United States District Judge of the United States District Court for the Southern District of California, 221 West Broadway, San Diego, CA 92101, Courtroom 2D, for an Order: (i) granting Preliminary Approval of the Proposed Settlement; (ii) granting conditional certification of the Settlement Class, certifying David Grigsby as a class representative and appointing Lead Counsel as class counsel for purposes of the Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) setting a date for a Settlement Hearing and deadlines for the mailing and publication of the Notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Lead Plaintiff's motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

This motion is based upon the accompanying Memorandum of Law, the Declaration of Brenda Szydlo and the exhibits thereto, both filed simultaneously herewith, and other such matters and argument as the Court may consider at the hearing on this motion.

Lead Plaintiff makes this motion following the conference with counsel, conducted on January 27, 2022, during which Settling Defendants' counsel advised that Settling Defendants do not oppose this motion.

Dated: January 31, 2022

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brenda Szydlo*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor

New York, New York 10016-1917
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
E-mail: jalieberman@pomlaw.com
E-mail: bszydlo@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
E-mail: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the proposed Settlement Class*

**LEVI & KORSINSKY LLP**
Adam M. Apton (316506)
Adam C. McCall (302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071-1602
Tel: 213-985-7290
E-mail: aapton@zlk.com
E-mail: amccall@zlk.com

*Additional Counsel*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067-3126
Tel: (310)-301-3335
Facsimile: (213) 519-5876
Email: brian@schallfirm.com

*Additional Counsel*

---

NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING
SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/Brenda Szydlo
Brenda Szydlo