UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAR MANDALEVY, individually and on behalf of all others similarly situated,<br><br>                                              Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC.; GREGORY GARRABRANTS; ANDREW J. MICHELETTI; ESHEL BAR-ADON; and PAUL GRINBERG,<br><br>                                              Defendants. | Case No.: 3:17-cv-00667-GPC-KSC<br><br>**ORDER RE-SETTING HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[ECF No. 87] |

Pending before the Court is Lead Plaintiff's Motion for Preliminary Approval of Class Certification. The Court hereby ORDERS that the hearing date on the motion be re-scheduled to **Friday, April 15, 2022** at **1:30 p.m. in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated:  April 1, 2022

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge