**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAR MANDALEVY, et al.<br><br>Plaintiff,<br><br>v.<br><br>BOFI HOLDING, INC., et al.<br><br>Defendant. | Case No. 17-CV-00667-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>[ECF No. 89] |

// 
// 
// 
// 
// 
// 
// 
//

1. Before the Court is the Parties' Joint Motion to Appear Telephonically or by Videoconference for the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement. ECF No. 89. GOOD CAUSE appearing, the Court hereby **GRANTS** Plaintiff's motion. The Parties are directed to appear for the hearing by telephone on **April 15, 2022 at 1:30 p.m**.

To call in to the hearing, counsel shall call: USA Toll-Free Phone Number (877) 848-7030; Access Code: 7030611.

**IT IS SO ORDERED.**

Dated: April 5, 2022

Hon. Gonzalo P. Curiel
United States District Judge