**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016-1917
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com
Email: bszydlo@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAR MANDALEVY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BOFI HOLDING, INC., GREGORY GARRABRANTS, ANDREW J. MICHELETTI, ESHEL BAR-ADON and PAUL J. GRINBERG,<br><br>Defendants. | No. 3:17-cv-00667-GPC-KSC<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES, NOTICE AND ADMINISTRATION COSTS, AND AWARD TO PLAINTIFF**<br><br>Date: September 23, 2022<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P. Curiel |

PLEASE TAKE NOTICE that Lead Plaintiff David Grigsby ("Lead Plaintiff") individually and on behalf of all others similarly situated, will hereby move this Court on September 23, 2022 at 1:30 p.m., before the Honorable Judge Gonzalo P. Curiel, United States District Judge of the United States District Court for the Southern District of California, Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Courtroom 2D, for an Order awarding: (i) attorneys' fees of 25% of the Settlement, or $225,000, plus interest; (ii) expense reimbursement of $138,631.36, plus interest; (iii) Notice and Administration Costs to the Claims Administrator; and (iv) $2,500 to Plaintiff David Grigsby.

Plaintiff bases this motion upon the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Attorneys' Fees and Expenses, Notice and Administration Costs, and Award to Plaintiff; the Declaration of Brenda Szydlo on Behalf of Pomerantz LLP Concerning Attorneys' Fees and Expenses; the Declaration of Brenda Szydlo In Support of Plaintiff's Motions For (1) Final Approval of Proposed Class Action Settlement; and (2) Attorneys' Fees, Reimbursement of Expenses, Notice and Administration Costs, and Award To Plaintiff; the Declaration of Josephine Bravata Concerning (A) Mailing of The Notice and Claim; (B) Publication of The Summary Notice; and (C) Report on Requests For Exclusion and Objections, and all exhibits attached thereto; all records and papers on file in this Action; and any argument offered at a hearing on this motion.

Dated: July 29, 2022

Respectfully submitted,
**POMERANTZ LLP**
*/s/ Brenda Szydlo*
Jeremy A. Lieberman (admitted *pro hac vice*)
Brenda Szydlo (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016-1917
Telephone: 212-661-1100
Facsimile: 917-463-1044
Email: jalieberman@pomlaw.com

Email: bszydlo@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

**LEVI & KORSINSKY LLP**
Adam M. Apton (316506)
Adam C. McCall (302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071-1602
Tel: 213-985-7290
E-mail: aapton@zlk.com
E-mail: amccall@zlk.com

*Additional Counsel*

**THE SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067-3126
Tel: (310) 301-3335
Facsimile: (213) 519-5876
Email: brian@schallfirm.com

*Additional Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                */s/Brenda Szydlo*
                                                Brenda Szydlo