1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   BAR MANDALEVY, individually and on          Case No.:  3:17-cv-00667-GPC-KSC
     behalf of all others similarly situated,
12                                               **ORDER SETTING BRIEFING
                                   Plaintiff,    SCHEDULE ON:**
13
     v.
14                                               **(1) PLAINTIFF'S MOTION FOR
     BofI HOLDING, INC.; GREGORY                 FINAL APPROVAL OF CLASS
15   GARRABRANTS; ANDREW J.                      ACTION SETTLEMENT**
     MICHELETTI; ESHEL BAR-ADON; and
16   PAUL GRINBERG,                              **(2) PLAINTIFF'S MOTION FOR
                                                 ATTORNEYS' FEES AND
17                                 Defendants.    EXPENSES, NOTICE
                                                 ADMINISTRATION COSTS, AND
18                                               SERVICE AWARD TO CLASS
                                                 REPRESENTATIVE**
19
20                                               **[ECF Nos. 96, 97]**
21
22
23
            Before the Court are two motions by Plaintiff: (1) motion for final approval of
24
     class action settlement, plan of allocation, and final certification of Settlement Class
25
     (ECF No. 96); and (2) motion for attoneys' fees and expenses, administration costs, and
26
     service award to the Settlement Class representative (ECF No. 97). The Court sets the
27
     following briefing schedule: Any Opposition shall be filed on or before **August 30, 2022**.
28

1  Any Reply shall be filed on or before **September 6, 2022**. A hearing on these motions is

2  set for **Friday, September 23, 2022 at 1:30 p.m.** in Courtroom 2D.

3      **IT IS SO ORDERED.**

4  Dated:  August 2, 2022

5                                                                    Hon. Gonzalo P. Curiel

6                                                                    United States District Judge